UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 1:13cv24206-KMW

JACK LIPKIN,

      Plaintiff,

vs.

NORWEGIAN CRUISE LINE LIMITED, a Bermuda
corporation; NORWEGIAN CRUISE LINES, INC.;
NCL (Bahamas) LTD.,a Bermuda Company d/b/a
NCL; and NCL AMERICA, INC.

      Defendant.

## MOTION FOR STAY

COMES NOW, Plaintiff, JACK LIPKIN, by and through undersigned counsel and simultaneously with filing the Complaint in this matter files this Motion for Stay. As grounds for such motion, the Plaintiff would aver:

1. Simultaneously with filing this Motion for Stay, the Plaintiff, Jack Lipkin has filed a provisional Complaint with this Court.

2. The Plaintiff has previously filed in the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, Florida a Complaint in the General Jurisdictional Division Circuit Court Case No.: 13-20172 CA (22) against the same Defendants that are listed in this District Court Case based on the same facts and circumstances giving rise to a personal injury action for events that occurred on November 25, 2012.

3. The Plaintiff's Complaint filed in the Circuit Court sets forth a premise liability action that took place in a building owned and/or operated by the Defendants. The Plaintiffs take the

position that this is a non maritime time action or is a viable State Court action pursuant to the "savings to suitors" clause of U.S.C. §1333 and that the Complaint pending in Circuit Court is as such viable in the State Court where it is pending.

4. The Defendants have filed a Motion to Dismiss the Amended Complaint in State Court based on the theory that the underlying facts create jurisdiction and venue only in the United States District Court of the Southern District based on contract and/or the inapplicability of the "savings the suitors" clause and that a one year statute of limitations is applicable to that action.

5. Again, the Plaintiffs disagree with the Defendants position and believe that this action is correctly filed where it is pending in Florida State Circuit Court for the 11th Circuit. However, in light of the fact that the Defendants have filed a Motion to Dismiss and the outcome of that motion has yet to be determined, the Plaintiff in the Circuit Court action has filed a Complaint in this Honorable Court to comply with any one year statute of limitations that may exist and/or be pertaining to this action if the State Court were to find the Defendants position tenable.

6. The Plaintiffs move to stay this action pending the outcome of the Motion to Dismiss hearing in State Court. If the Defendants are unsuccessful in their Motion to Dismiss there will be no need to litigate this matter in Federal Court and at the conclusion of the State Court action the Plaintiffs will voluntarily dismiss the above styled action without having to litigate further.

7. If the Motion to Dismiss were to be granted without leave to amend, than the stay sought in this motion can be lifted and the litigants can proceed to litigate this dispute in Federal Court in the above styled action.

WHEREFORE the Plaintiffs respectfully request this Honorable Court to enter an order staying the above styled proceedings until the State Court matter is concluded.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by using CM/ECF and sent via e-mail on this 20th day of November, 2013 on all counsel or parties of record on the Service List below.

By: _____
SCOTT L. HENRATTY, Esq.
Fla. Bar No.: 113522

## SERVICE LIST

SCOTT L. HENRATTY, ESQ.
Servemalovehenratty@malovelawfirm.com
Lspellacy@malovelawfirm.com
MALOVE HENRATTY, P.A.
14 Rose Drive
Fort Lauderdale, FL 33316
Telephone: (954)767-1000
Facsimile: (954)767-1001
Attorney for Plaintiff