**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 13-CV-24206-WILLIAMS/Simonton**

JACK LIPKIN,

      Plaintiff,

vs.

NORWEGIAN CRUISE LINE LIMITED;
NORWEGIAN CRUISE LINES, INC.;
NCL (Bahamas) LTD., d/b/a NCL;
NCL AMERICA, INC., and
MIAMI-DADE COUNTY,

      Defendants.

_____/

## FINAL JUDGMENT

Pursuant to the Court's Order on Defendants' Motions for Summary Judgment [D.E. 64], it is ORDERED AND ADJUDGED as follows:

1. Final Judgment is hereby entered in favor of Defendant NCL (Bahamas) LTD. as to Count V of the Amended Complaint, Plaintiff Jack Lipkin's negligence claim against NCL.

2. Final Judgment is hereby entered in favor of Defendant as to Count IX of the Amended Complaint, Plaintiff Jack Lipkin's negligence claim against Miami-Dade County.

3. Additionally, NCL (Bahamas) LTD. and Miami-Dade County waive their rights to tax costs pursuant to Fed. R. Civ. P. 54(d)(1) in exchange for Plaintiff waiving his right to appeal this final judgment. *See* S.D. Fla. L.R. 7.3(a)(1).

It is therefore FURTHER ORDERED AND ADJUDGED that the Clerk of Court shall CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida, this _16_ day of March, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE